**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 22, 2025.**



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In Re: | Case No. 25-50711 G |
| Glenn Aaron Gonzalez | Chapter 13 |
| Debtor(s) | Honorable Craig A. Gargotta |

ORDER CONFIRMING THE DEBTOR'S CHAPTER 13 PLAN

A hearing having been held on July 08, 2025 pursuant to 11 U.S.C. §1324, no objections to confirmation having been filed; the Trustee recommends confirmation.

**IT IS ORDERED THAT:**

1. The Plan as filed on June 10, 2025 is confirmed, except as to the following modifications:

   The obligation to the Attorney General in the amount of $17,243.00 was released and the judgment was $0.00 owed by the Debtor. The Attorney General did not file a claim.

   In section 7.2 of the Debtor's plan Texas Comptroller of Public Accounts will be paid its priority claim of $3,494.04.

2. The Plan, as confirmed, may be extended to 60 months for cause shown if the applicable commitment period is 36 months.

3. Pursuant to the Amended Standing Order for the Adoption of a District Form Chapter 13 Plan entered January 2, 2025, II. Other Plan Provisions, subsection A. "<u>Lien Avoidance Powers</u>. The confirmation of the Plan shall not limit the ability of the Trustee or Debtor from exercising any lien avoidance powers pursuant to the Bankruptcy Code."

4. Allowance of Attorney Fees: Allmand Law Firm, PLLC has requested fees of $4,100.00 of which $2,419.00 was paid to Counsel prior to filing the petition. The balance of $1,681.00 shall be paid by the Trustee pursuant to the Plan.

###

Prepared By:
DAVID W. VAN ZYL  P39875 (MI)
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
dvanzyl@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328